UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMRE SIMSEK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN GOLDEN STATE ANNEX et al.,<br><br>　　　　　Respondents. | No.  1:26-cv-01356-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING THE PETITION FOR WRIT OF *HABEAS CORPUS*, AND DENYING RESPONDENTS' MOTION TO DISMISS<br><br>(Doc. Nos. 1, 7, 8) |

Petitioner Emre Simsek is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 8.)  Specifically, the assigned magistrate judge found that respondents violated due process by re-detaining petitioner without a hearing after having previously released him.  (*Id.* at 2.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.*)  On March 9, 2026, respondents filed their objections to the pending findings and recommendations.  (Doc. No. 9.)

1

Respondents have indicated that they object to the findings and recommendations for the same reasons that they stated in their answer to the petition.  (Doc. Nos. 7, 9.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations (Doc. No. 8) are ADOPTED;

2.    Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

    a.    Respondents are ORDERED to immediately release petitioner from respondents' custody under the same conditions he was subject to prior to his re-detention on or about September 12, 2025;

    b.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondents will have the burden of establishing that petitioner is either a flight risk or danger by clear and convincing evidence.

3.    Respondents' motion to dismiss (Doc. No. 7) is DENIED; and

4.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and CLOSE this case.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE